Janice P. Brown, Esq. (SBN 114433)
brown@brownlawgroup.com
Stacy L. Fode, Esq. (SBN 199883)
fode@brownlawgroup.com
BROWN LAW GROUP
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile: (619) 330-1701

Attorneys for Defendant/Third-Party Plaintiff
PRUDENTIAL INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE T. HEARTWELL, <br><br> Plaintiff, <br><br> v. <br><br> PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 to 20, <br><br> Defendants. | Case No.: 10-cv-04751-CW <br><br> **STIPULATION TO ANSWER COUNTERCLAIM** <br><br><br> State Court Action Filed: September 20, 2010 |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Third Party Plaintiff, <br><br> v. <br><br> GEORGE E. HEARTWELL, SR., <br><br> Third Party Defendant. | |

On November 15, 2010, the parties agreed to a 20-day continuance for Plaintiff to answer Prudential's Counterclaim and Third Party Complaint in Interpleader. Plaintiff's answer is now due on Monday, December 6, 2010.

///

///

---

*Josephine T. Heartwell v. Prudential Insurance Company of America*
STIPULATION TO ANSWER COUNTERCLAIM

Case No.: 10-cv-04751-CW
Page 1

1 | SO STIPULATED.

2 | Dated: November 22, 2010                BROWN LAW GROUP

3

4

5 |                                         By: _____/S/_____
                                                Janice P. Brown, Esq.
6 |                                             Stacy L. Fode, Esq.
                                                Attorneys for Defendant/Third-Party
7 |                                             Plaintiff PRUDENTIAL INSURANCE
                                                COMPANY OF AMERICA

8 | Dated: November 22, 2010

9

10

11 |                                        By: _____[signature]_____
                                                Josephine K. Heartwell
12 |                                            Plaintiff, PRO SE

13 | IT IS SO ORDERED.

14

15

16 | Dated: November 30, 2010               _____[signature]_____
                                            HONORABLE CLAUDIA WILKEN

17

*Josephine T. Heartwell v. Prudential Insurance Company of America*
STIPULATION TO ANSWER COUNTERCLAIM

Case No.: 10-cv-04751-CW
Page 2