United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEARTWELL,　　　　　　　　　　　　　　　No. C-10-04751 DMR

       Plaintiff(s),　　　　　　　　　　　　　　**ORDER**

  v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

       Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

Base on the filed request and good cause appearing, IT IS HEREBY ORDERED that George E. Heartwell's motion to appear by telephone at the Settlement Conference scheduled for **April 25, 2011 at 10:00 a.m.** is granted. Mr. Heartwell must be available by phone beginning at 10:00 a.m. on April 25, 2011, and must be able to participate for the length of the Settlement Conference.

IT IS SO ORDERED.

Dated: April 22, 2011

_____
DONNA M. RYU
United States Magistrate Judge