IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE T. HEARTWELL,<br><br>     Plaintiff,<br><br>  v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>     Defendant. | No. C 10-04751 CW<br><br>CONDITIONAL ORDER OF DISMISSAL AND DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO INTERPLEAD FUNDS (Docket No. 26) |

    The parties hereto, through the Magistrate Judge, having advised the Court that they have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial; and

1   IT IS FURTHER ORDERED that Defendant Prudential Insurance
2 Company of America's motion to interplead funds and to dismiss is
3 DENIED without prejudice to renewal in the event that the
4 settlement is not consummated.
5   IT IS SO ORDERED.
6
7 Dated: 5/5/2011                    _____
                                    CLAUDIA WILKEN
8                                   United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HEARTWELL et al,

        Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA et al,

        Defendant.

Case Number: CV10-04751 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Josephine T. Heartwell
15024 Costela Street
San Leandro, CA 94579

Dated: May 5, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk