Janice P. Brown, Esq. (SBN 114433)
brown@brownlawgroup.com
Stacy L. Fode, Esq. (SBN 199883)
fode@brownlawgroup.com
BROWN LAW GROUP
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile: (619) 330-1701

Attorneys for Defendant/Third-Party Plaintiff
PRUDENTIAL INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE T. HEARTWELL,<br><br>  Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 to 20,<br><br>  Defendants.<br><br>_____<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>  Third Party Plaintiff,<br><br>v.<br><br>GEORGE E. HEARTWELL, SR.,<br><br>  Third Party Defendant. | Case No.: 10-cv-04751-CW<br><br>**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>State Court Action Filed: September 20, 2010<br>Removal Filed: October 20, 2010<br><br>[F.R.C.P. 26(f); Civ. L.R. 16-9(a)] |

1    IT IS HEREBY STIPULATED by and between the parties to this action, through their
2  designated counsel if represented, that the above-referenced action be and hereby is dismissed
3  with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties have reached
4  a settlement outside of court proceedings and believe the settlement is in the best interests of all
5  parties involved in this action.  Plaintiff Josephine Heartwell and Third-Party Defendant George
6  Heartwell, Sr. shall bear their own attorneys' fees and costs incurred in connection with the
7  dispute over the Death Benefit and/or the Plan, including through the negotiation and execution
8  of the settlement agreement; upon consent of all parties, Prudential's attorneys' fees have been
9  deducted from the Death Benefit at issue.

10 DATED: May 12, 2011                    **PLAINTIFF**

12
13                                         By: _____
                                               Josephine Heartwell, *pro se*
14                                             PLAINTIFF

15

16 DATED: May 16, 2011                    **BROWN LAW GROUP**
17
18
19                                         By: _____
                                               Janice P. Brown, Esq.
20                                             Stacy L. Fode, Esq.
                                               Attorneys for Defendant and Third-Party
21                                             Plaintiff PRUDENTIAL INSURANCE
                                               COMPANY OF AMERICA
22

23

24 DATED: May ___, 2011                   **THORKELSON LAW**
25

26
                                           By: _____
27                                             Anne E. Thorkelson, Esq.
                                               Attorney for Third-Party Defendant
28                                             GEORGE HEARTWELL, SR.

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel if represented, that the above-referenced action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties have reached a settlement outside of court proceedings and believe the settlement is in the best interests of all parties involved in this action.

DATED: May __, 2011         **PLAINTIFF**


By: _____
    Josephine Heartwell, *pro se*
    PLAINTIFF


DATED: May __, 2011         **BROWN LAW GROUP**


By: _____
    Janice P. Brown, Esq.
    Stacy L. Fode, Esq.
    Attorneys for Defendant and Third-Party
    Plaintiff PRUDENTIAL INSURANCE
    COMPANY OF AMERICA


DATED: May 13, 2011         **THORKELSON LAW**


By: /s/ Anne Thorkelson
    Anne E. Thorkelson, Esq.
    Attorney for Third-Party Defendant
    GEORGE HEARTWELL, SR.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Claudia Wilken]

**PROOF OF SERVICE**
*Josephine T. Heartwell v. Prudential Insurance Company of America*
USDC – North District Case No.: 4:10-cv-04751-CW

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 B Street, Suite 1650, San Diego, California 92101.

On *June 6, 2011*, I served the foregoing document(s) described as:

## STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

on all interested parties in this action in the following manner as set forth below:

( X )   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Federal Rules Of Civil Procedure ("F.R.Civ.P."), the foregoing document will be served by the court via CM/ECF and hyperlink to the document. On *June 6, 2011* I checked the CM/ECF docket for this civil action and determined that the following person(s) are on the *Electronic Mail Notice List* to receive CM.ECF transmission at the email address(es) indicated below:

- Peter Schwartz, Esq. - Peter-jrd@pacbell.net
- Anne E. Thorkelson, Esq. - Email: thorkelsonlaw@gmail.com

( X )   **TO BE SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**: On *June 6, 2011*, I served the following person(s) and/or entity(ies) at the last known address(es) in this civil action by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the Judge here constitutes a declaration that mailing to the Judge will be completed no later than twenty-four (24) hours after the document is filed*:

*Service information continued on the "Service List" attached*

( ) **TO BE SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 on *June 6, 2011*, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the Judge here constitutes a declaration that personal delivery on the Judge will be completed no later than twenty-four (24) hours after the document is filed:*

*Service information continued on the "Service List" attached*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed *June 6, 2011* at San Diego, California.

*Suzanne Marx - Declarant*

## U.S. MAIL and/or EMAIL SERVICE LIST

| | |
|---|---|
| Hon. Donna M. Ryu<br>Magistrate Judge – Courtroom 4<br>U.S. DISTRICT COURT<br>Northern District of California<br>1301 Clay Street<br>Oakland, California 94612<br>Email: DMRpo@cand.uscourts.gov<br>(*.pdf* follow-up: DMRpdf@cand.uscourts.gov) | *Chambers / Courtesy Copy*<br>– Via Overnite Mail |
| Josephine T. Heartwell<br>15024 Costella Street<br>San Leandro, California 94579<br>Telephone: Unknown<br>Facsimile: Unknown<br>Email: jheartwell@yahoo.com | Plaintiff, *Josephine T. Heartwell, In Pro Se*<br>– Via U.S. Mail ONLY |
| George E. Heartwell, Sr.<br>218 Heuser Avenue<br>Princeton, WV 24740<br>Telephone: 304.425.8551<br>Facsimile: Unknown<br>Email: unknown | Defendant, *George E. Heartwell, Sr., In Pro Se*<br>– Via U.S. Mail ONLY |
| Peter Schwarz, Esq.<br>Anne E. Thorkelson, Esq.<br>LAW OFFICES OF PETER SCHWARZ<br>1390 Market Street, Suite 1204<br>San Francisco, California 94102<br>Telephone: 415.673.2283<br>Facsimile: 415.673.2437<br>Email: Peter-jrd@pacbell.net<br>          thorkelsonlaw@gmail.com | Attorneys for Defendant, *George E. Heartwell, Sr.*<br>– Via NEF |